Benjamin E. Cohen, appellant, v. Rose Smilovitch, appellee. Gen. No. 34,995.

Opinion filed July 6, 1931. Rehearing denied July 20, 1931.

Cohen & Berke, for appellant. Garnsy, Wood & Lennon and Daniel Harrington, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Marshall Square State Bank, appellee, v. Tomasz Wilczynski and John Klimek, defendants, on appeal of Tomasz Wilczynski, appellant. Gen. No. 35,077.

Opinion filed July 6, 1931.

Philip A. Weinstein, for appellant. Casimir R. Wachowski, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Catherine Hartley, defendant in error, v. Red Ball Transit Company, plaintiff in error. Gen. No. 34,193.

Opinion filed July 6, 1931.

Church, Haft, Robertson & Crowe, for plaintiff in error; Burt A. Crowe, of counsel. Philip Rosenthal, for defendant in error; Stuart B. Krohn, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Max M. Roston, appellee, v. William A. Blessing, appellant. Gen. No. 35,134.

Opinion filed July 9, 1931.

Fleetwood M. McCoy and Harris B. Gaines, for appellant; Fleetwood M. McCoy, of counsel. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.